**VIRGINIA E. HOPKINS**
619 Hugo L. Black Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203


June 22, 2006

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Ladies and Gentlemen:

I received your letter dated June 15, 2006 regarding additional information required to close my 2005 financial disclosure report.

In Part VII, Page 9, line 99, I reported an investment with the description "U.S. Trsy Note Matures 5/15/06". This investment was purchased during the 2005 calendar year. This was an oversight on the original financial disclosure report and the information should have been reported in column D as follows:

| Type | Date | Value Code |
|------|------|------------|
| Buy | 04/05 | M |

In Part VII, Page 5, line 115 of the 2004 report, I listed "Cash – Southtrust Bank". Southtrust Bank merged into and became a part of Wachovia Bank so this asset corresponds to and is included in the line item labeled "Cash – Wachovia Bank" on Part VII, Line 1 of the 2005 report.

Sincerely,



Virginia E. Hopkins

RECEIVED 2006 JUN 28 A 10: 25 FINANCIAL DISCLOSURE OFFICE

| 1. Person Reporting (last name, first, middle initial)<br><br>HOPKINS, VIRGINIA E | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/20/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>619 HUGO L. BLACK COURTHOUSE<br>1729 5TH AVENUE N<br>BIRMINGHAM | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST # 1 (UNFUNDED) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY -8 A 9: 24

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | SELF EMPLOYED - ATTORNEY PRACTICE | $ 3,143 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | SELF EMPLOYED - ATTORNEY PRACTICE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/20/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

X   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH, WACHOVIA BANK | A | Interest | L | T | | | | | |
| 2. YUM BRANDS COMMON | A | Dividend | J | T | | | | | |
| 3. PEPSICO COMMON | A | Dividend | | | SELL | 04/18 | K | E | |
| 4. ACCO BRANDS CORP | A | Dividend | | | BUY | 04/29 | J | | |
| 5. Line 4 Continued | | | | | SELL | 08/25 | J | A | |
| 6. BG GROUP PLC SPON ADR | A | Dividend | K | T | BUY | 04/29 | K | | |
| 7. BURLINGTON RESOURCES COMMON | A | Dividend | K | T | BUY | 02/28 | J | | |
| 8. Line 7 Continued | | | | | BUY | 03/16 | J | | |
| 9. COHEN & STEERS QUALITY INCOME REALTY FUND | A | Dividend | J | T | BUY | 02/28 | J | | |
| 10. Line 9 Continued | | | | | PART SALE | 07/15 | J | A | |
| 11. CHICAGO BRIDGE & IRON NY SHS | A | Dividend | K | T | BUY | 07/15 | K | | |
| 12. Line 11 Continued | | | | | BUY | 09/01 | J | | |
| 13. CHICO'S FAS INC | | None | K | T | BUY | 02/22 | K | | |
| 14. Line 13 Continued | | | | | BUY | 02/28 | J | | |
| 15. Line 13 Continued | | | | | BUY | 03/16 | J | | |
| 16. COACH, INC COMMON | | None | K | T | BUY | 02/28 | J | | |
| 17. Line 16 Continued | | | | | BUY | 03/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CONSTELLATION BRANDS INC CL A | | None | K | T | BUY | 02/22 | K | | |
| 19. Line 18 Continued | | | | | BUY | 02/28 | J | | |
| 20. Line 18 Continued | | | | | BUY | 03/16 | J | | |
| 21. FORTUNE BRANDS COMMON | A | Dividend | K | T | BUY | 04/29 | K | | |
| 22. GETTY IMAGES INC COMMON | | None | K | T | BUY | 09/01 | K | | |
| 23. GLOBALSANTAFE CORP COMMON | A | Dividend | K | T | BUY | 07/15 | K | | |
| 24. Line 23 Continued | | | | | BUY | 09/01 | J | | |
| 25. ISHARES TRUST S & P MIDCAP 400 BARRA VALUE IND FUND | A | Dividend | J | T | BUY | 02/28 | J | | |
| 26. Line 25 Continued | | | | | PART SALE | 04/29 | J | A | |
| 27. Line 25 Continued | | | | | PART SALE | 07/15 | J | A | |
| 28. HEALTH CARE REIT INS. SBI | A | Dividend | | | SELL | 02/22 | K | A | |
| 29. JOHNSON & JOHNSON COM | A | Dividend | | | BUY | 04/29 | K | | |
| 30. Line 29 Continued | | | | | PART SALE | 07/15 | J | A | |
| 31. Line 29 Continued | | | | | SELL | 09/01 | J | A | |
| 32. NORVARTIS AG SPON ADR | | None | | | BUY | 03/15 | K | | |
| 33. Line 32 Continued | | | | | SELL | 09/01 | K | A | |
| 34. PEETS COFFEE & TEA INC COMMON | | None | | | BUY | 07/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Line 34 Continued | | | | | SELL | 11/03 | J | A | |
| 36. PROCTER & GAMBLE CO. COMMON | A | Dividend | K | T | BUY | 02/28 | J | | |
| 37. Line 36 Continued | | | | | BUY | 03/16 | J | | |
| 38. SANOFI-AVENTIS SA SPON ADR | | None | K | T | BUY | 08/31 | K | | |
| 39. Line 38 Continued | | | | | BUY | 09/01 | J | | |
| 40. STERICYCLE CORP. COMMON | | None | | | SELL | 01/06 | J | A | |
| 41. STRYKER CORP. COMMON | A | Dividend | | | BUY | 02/28 | J | | |
| 42. Line 41 Continued | | | | | PART SALE | 03/15 | J | A | |
| 43. Line 41 Continued | | | | | SELL | 08/31 | K | D | |
| 44. TEVA PHARMACEUTICALS IND. LTD ISREAL ADR | A | Dividend | | | PART SALE | 03/15 | J | A | |
| 45. Line 44 Continued | | | | | SELL | 07/15 | J | A | |
| 46. WHOLE FOODS MARKET, I NC COMMON | A | Dividend | K | T | BUY | 02/28 | J | | |
| 47. Line 46 Continued | | | | | BUY | 03/16 | J | | |
| 48. STARBUCKS CORP COMMON | | None | K | T | BUY | 02/28 | J | | |
| 49. Line 48 Continued | | | | | BUY | 03/16 | J | | |
| 50. Line 48 Continued | | | | | PART SALE | 07/15 | J | D | |
| 51. ZIMMER HOLDINGS, INC. COMMON | | None | | | BUY | 02/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Line 51 Continued | | | | | PART SALE | 03/15 | J | B | |
| 53. Line 51 Continued | | | | | SELL | 04/29 | K | D | |
| 54. COUNTRYWIDE FINANCIAL CORP. COMMON | A | Dividend | | | SELL | 02/22 | J | A | |
| 55. DANAHER CORP COMMON | A | Dividend | K | T | BUY | 02/28 | J | | |
| 56. Line 55 Continued | | | | | BUY | 03/16 | J | | |
| 57. EBAY, INC. COMMON | | None | K | T | BUY | 03/16 | J | | |
| 58. GEN'L ELECTRIC CO COMMON | A | Dividend | K | T | BUY | 02/28 | J | | |
| 59. GOLDEN WEST FINANCIAL CP COMMON | A | Dividend | | | BUY | 02/28 | J | | |
| 60. Line 59 Continued | | | | | SELL | 04/29 | K | B | |
| 61. KORN FERRY INT'L CAL COMMON | | None | | | SELL | 02/22 | K | A | |
| 62. NABORS INDUSTRIES LTD NEW (BERMUDA) | | None | K | T | BUY | 02/28 | J | | |
| 63. Line 62 Continued | | | | | BUY | 03/16 | J | | |
| 64. QUALCOMM, INC. COMMON | A | Dividend | | | BUY | 03/16 | J | | |
| 65. Line 64 Continued | | | | | SELL | 04/29 | K | A | |
| 66. SYNGENTA AG SPON ADR COM | A | Dividend | K | T | BUY | 02/28 | J | | |
| 67. Line 66 Continued | | | | | BUY | 03/16 | J | | |
| 68. UNITED NAT FOODS INC COMMON | | None | | | BUY | 02/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Line 68 Continued | | | | | BUY | 02/28 | J | | |
| 70. Line 68 Continued | | | | | BUY | 03/16 | J | | |
| 71. Line 68 Continued | | | | | PART SALE | 09/01 | J | A | |
| 72. Line 68 Continued | | | | | SELL | 10/25 | K | A | |
| 73. PFIZER INC COMMON | A | Dividend | | | SELL | 01/12 | L | F | |
| 74. Line 73 Continued | | | | | SELL | 02/24 | L | F | |
| 75. STATOIL ASA SPON ADR | A | Dividend | K | T | BUY | 02/22 | K | | |
| 76. Line 75 Continued | | | | | BUY | 02/28 | J | | |
| 77. Line 75 Continued | | | | | BUY | 03/16 | J | | |
| 78. WELLPOINT, INC COMMON | | None | K | T | BUY | 02/22 | K | | |
| 79. Line 78 Continued | | | | | BUY | 02/28 | J | | |
| 80. Line 78 Continued | | | | | BUY | 03/16 | J | | |
| 81. SBC COMMUNICATIONS COMMON | A | Dividend | | | SELL | 09/09 | K | D | |
| 82. FIDELITY ADVISOR EQUITY GROWTH FUND CLASS T | | None | | | SELL | 04/14 | K | C | |
| 83. FREDDIE MAC COMMON | B | Dividend | L | T | | | | | |
| 84. TEMPLETON GLOBAL INCOME FUND (DELA) | A | Dividend | J | T | | | | | |
| 85. JOHN HANCOCK REGIONAL BANK FUND CLASS A | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MFS MASS INVESTORS GROWTH STOCK FUND CLASS C | | None | L | T | | | | | |
| 87. MUNDER NET FUND CLASS C | | None | J | T | | | | | |
| 88. ENTERPRISE MULTI-CAP GROWTH | A | Dividend | J | T | | | | | |
| 89. PIONEER HIGH YIELD FUND CLASS C | A | Dividend | J | T | | | | | |
| 90. FIRST EAGLE OVERSEAS FUND CLASS C | D | Dividend | L | T | | | | | |
| 91. UBS MONEY MARKET | B | Interest | L | T | | | | | |
| 92. US TSY INFL PROT NOTE | A | Interest | J | T | | | | | |
| 93. LORD ABBETT MIDCAP VALUE FUND CLASS C | D | Dividend | L | T | | | | | |
| 94. ISHARES COHEN & STEERS REALTY MAJORS INDEX FUND | A | Dividend | J | T | | | | | |
| 95. SALOMON BROS EMERGING MK DB FD | B | Dividend | J | T | PART SALE | 07/15 | J | A | |
| 96. Line 95 Continued | | | | | PART SALE | 12/30 | J | A | |
| 97. SALOMON BROS GLOBAL PARTNERS INCOME FUND, INC. | A | Dividend | | | PART SALE | 04/29 | J | A | |
| 98. Line 97 Continued | | | | | SELL | 07/15 | J | A | |
| 99. U.S. TRSY NOTE MATURES 5/15/06 | A | Interest | M | T | | | | | |
| 100. AMERICAN FUNDS EURO PACIFIC GROWTH FUND | A | Dividend | J | T | BUY | 12/30 | J | | |
| 101. TORCH CONCEPTS, INC | | None | | | SELL | 12/20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000.000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/20/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE SELF EMPLOYED ATTORNEY PRACTICE INCOME REFERENCED IN PART III-A OF $3,143 REPRESENTS COLLECTIONS OF 2004 CLIENT BILLINGS IN EARLY 2005. THE BILLINGS WERE RENDERED FROM THE PRACTICE OF LAW PRIOR TO APPOINTMENT AS A DISTRICT JUDGE.

THE IRREVOCABLE LIFE INSURANCE TRUST # 1 REPORTED IN SECTION I, LINE 1 IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS"

THE ENTRY ON SECTION VII, LINE 34 "PEETS COFFEE & TEA, INC. COMMON" WAS PURCHASED AT VALUE CODE K AND SOLD AT VALUE CODE J. THIS IS DUE ENTIRELY TO A DECLINE IN THE MARKET VALUE OF THE INVESTMENT BETWEEN THE PURCHASE AND SALE DATES. THERE WERE NO OTHER DISPOSALS OF THIS INVESTMENT TO REPORT.

THE ENTRY ON SECTION VII, LINE 83 "FREDDIE MAC COMMON" WAS INCORRECTLY REPORTED LAST YEAR AS VALUE CODE K IN COLUMN C. IT SHOULD HAVE BEEN REPORTED AS VALUE CODE L.

THE ENTRY ON SECTION VII, LINE 100 "AMERICAN FUNDS EURO PACIFIC GROWTH FUND" WAS NOT REPORTED LAST YEAR BECAUSE IT'S VALUE WAS UNDER $1,000. THE VALUE OF THIS INVESTMENT INCREASED WITH UNREALIZED GAINS AND INCOME REINVESTMENT.

THE ENTRY ON SECTION VII, LINE 101 "TORCH CONCEPTS, INC." WAS HELD AS OF THE DATE OF THE LAST REPORT BUT ITS VALUE WAS UNDER $1,000 SO IT WAS NOT REPORTED ON THE 9/14/05 FINANCIAL DISCLOSURE REPORT. THE INVESTMENT IN TORCH CONCEPTS, INC. INCREASED DURING 2005 AND IT WAS SOLD AS OUTLINED IN TEH REPORT.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature        Date _May 1, 2006_

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544